OPINION — AG — ** REGULATIONS — AIR QUALITY ** (1) THE OKLAHOMA STATE BOARD OF HEALTH MAY AMEND PROPOSED REGULATIONS RECOMMENDED FOR ITS ADOPTION BY THE AIR QUALITY COUNCIL PURSUANT TO 63 O.S. 1-1802 [63-1-1802](D), BUT SUCH REGULATIONS MUST BE RETURNED TO THE AIR QUALITY COUNCIL FOR FURTHER PUBLIC HEARINGS. (2) THE OKLAHOMA STATE BOARD OF HEALTH IS AUTHORIZED BY 63 O.S. 1-1802 [63-1-1802](J) TO DETERMINE THE TIME PERIOD OF A VARIANCE AUTHORIZED BY THE AIR QUALITY COUNCIL, AND THAT POWER MAY NOT BE DELEGATED BY THE BOARD TO THE OKLAHOMA HEALTH DEPARTMENT. (HOLD HEARINGS, RULES AND REGULATIONS, POLLUTION) CITE: 63 O.S. 1-103 [63-1-103], 63 O.S. 1-105 [63-1-105], 63 O.S. 1-1801 [63-1-1801] 63 O.S. 1-1802 [63-1-1802](D), 63 O.S. 1-1802 [63-1-1802] (F), 63 O.S. 1-1802 [63-1-1802](J), OPINION NO. 70-238 (PUBLIC HEALTH AND SAFETY, STATE OFFICERS, ADMINISTRATIVE PROCEDURES ACT, DELEGATION OF POWERS) (FLOYD W. TAYLOR)